A. Rothschild on January 16, 1896, with interest on each judgment from the date of its entry.

*B. F. Einstein* for appellant.

*Omri F. Hibbard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.

---

WILLIAM H. McINTIRE, Respondent, *v.* THE NATIONAL NASSAU BANK OF NEW YORK, Appellant.

*McIntire* v. *Nat. Nassau Bank of N. Y.*, 157 App. Div. 916, affirmed.

(Argued May 5, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action brought by plaintiff as a depositor to recover a balance on deposit with the defendant bank. The defendant charged the account of the plaintiff with a check for $5,500, to which plaintiff's signature had been forged. The answer interposed a defense based upon the following writing:

"NEW YORK, *October 28th*, 1911.

"Received from The National Nassau Bank of New York, pass-book of the undersigned, balanced to ........, with vouchers as per list therewith, which are hereby accepted as correct and genuine, and the account approved as stated, and the Bank released from all claims in connection with the same unless written notice to the contrary is given within ten days from this date.

"W. H. McINTIRE,

"Per ........."

*Omri F. Hibbard* for appellant.

*Isaac H. Levy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.

---

THOMAS H. FRANKLIN, Appellant, *v.* PACIFIC IMPROVEMENT COMPANY, Respondent.

*Franklin* v. *Pacific Improvement Co.*, 154 App. Div. 905, appeal dismissed.
(Argued May 6, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1913, modifying and affirming as modified a judgment in favor of defendant entered upon a verdict directed by the court in an action brought to recover commissions alleged to be due the plaintiff as a shipbroker for effecting a sale of the defendant's steamship *San Mateo.*

*De Lagnel Berier* and *James J. Macklin* for appellant.

*Frederick M. Brown* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.

---

BENJAMIN J. PEARSON, Appellant, *v.* WILLIAM L. REED et al., Respondents.

*Pearson* v. *Reed*, 152 App. Div. 468, affirmed.
(Argued May 6, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,